FILED

10/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0248

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0248

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                O R D E R

REGINA LEE THOMPSON,

     Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing Appellant's opening brief filed electronically on October 17, 2022, this Court has determined that the brief does not comply with the below-referenced Rule.

M. R. App. P. 12(1)(i) provides that an appellant, along with the opening brief, shall provide an appendix containing the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken, together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support. Appellant has not done so. Accordingly, while the Court accepts filing of Appellant's opening brief, the Court requests Appellant electronically submit a revised appendix including the relevant document(s) from which she appeals.

IT IS ORDERED that within ten (10) days of the date of this Order Appellant shall electronically file with the Clerk of this Court a revised appendix containing the changes necessary to comply with the specified Rule and that Appellant shall serve copies of the revised appendix on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to Appellant and to all parties of record.